## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| Joanne Hall | No. 05-46838 |
| Debtor | Hon. Jack B. Schmetterer |

### RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF OUTSTANDING PAYMENT OBLIGATIONS

Select Portfolio Servicing, Inc., Servicing agent for, JPMorgan Chase Bank (f/k/a The Chase Manhattan Bank), as trustee for the holders of the Mortgage Pass-Through Certificates, Series 2001-HE8, files this, its Response to Notice of Final Cure - Statement of Outstanding Payment Obligations of Debtor:

**ESCROW ACVANCES, INCLUDING, BUT NOT LIMITED TO REAL ESTATE TAXES FOR 2007, 2008 AND 2009 TOTALING $7,979.79**

The debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the Select Portfolio Servicing, Inc. and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor;

To the extent the amounts set forth in this Response to Notice of Final Cure - Statement of Outstanding Payment Obligations are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of Select Portfolio Servicing, Inc. to collect these amounts will be unaffected.

Submitted by:

_____/s/ Susan J. Notarius_____
Attorney for Select Portfolio Servicing, Inc.

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679